NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK L. MCHUGH,**
*Plaintiff-Appellant,*

**v.**

**HILLERICH & BRADSBY CO.,**
*Defendant-Appellee.*

---

2010-1296

---

Appeal from the United States District Court for the Northern District of California in No. 07-CV-3677, Judge Jeffrey S. White.

---

**JUDGMENT**

---

ROBERT J. YORIO, Carr & Ferrell, LLP, of Palo Alto, California, argued for plaintiff-appellant. With him on the brief was CHRISTOPHER P. GREWE. Of counsel was KENNETH B. WILSON.

LAURA A. WYTSMA, Loeb & Loeb, of Los Angeles, California, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, SCHALL, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 11, 2011                  /s/ Jan Horbaly
Date                                      Jan Horbaly
                                                Clerk